MICHAEL L. TRACY, ESQ., SBN 237779
mtracy@michaeltracylaw.com
MEGAN ROSS HUTCHINS, ESQ., SNB 227776
mhutchins@michaeltracylaw.com
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA 92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff ABE RIENTORD

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABE RIENTORD, an individual, on behalf of himself and on behalf of The State of California Labor and Workforce Development Agency as a Private Attorney General,<br><br>Plaintiff,<br><br>vs.<br><br>FUELING AND SERVICE TECHNOLOGIES, INC., A CALIFORNIA CORPORATION; M DAN MCGILL, AN INDIVIDUAL; and DOES 1 through 10, inclusive,<br><br>Defendants. | SACV10-0024-DOC (MLGx)<br><br>ORDER ON STIPULATION TO DISMISS |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action and all claims asserted in it are dismissed with prejudice and the matter is closed.

DATED: June 17, 2010

*/s/ David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE